<table>
<tr><td colspan="2">Fill in this information to identify your case:</td></tr>
</table>

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number *(if known)* _____    Chapter    <u>11</u>

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Quincy Bedford I LLC** |
|----|----|----|

| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
|----|----|----|

| 3. | Debtor's federal Employer Identification Number (EIN) | **27-4175536** |
|----|----|----|

4. **Debtor's address**

Principal place of business

**670 Myrtle Ave
Ste 204
Brooklyn, NY 11205-3923**
Number, Street, City, State & ZIP Code

**Kings**
County

Mailing address, if different from principal place of business

P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

**22 Hart St Brooklyn, NY 11206-7909**
Number, Street, City, State & ZIP Code

| 5. | Debtor's website (URL) | |
|----|----|----|

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Quincy Bedford I LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7.    Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_5313_

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply.*

  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ A plan is being filed with this petition.

  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

| Debtor | Quincy Bedford I LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☒ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | 55 Pulaski Realty LLC | Relationship | **Affiliate** | |
| District | **Eastern District of New York** | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

| Debtor | **Quincy Bedford I LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**16.  Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   **Quincy Bedford I LLC**_____   Case number (*if known*) _____
            Name

�row   **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment
for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 17, 2021**_____
              MM / DD / YYYY

X   _____   **FIA Capital Partners by David Goldwasser**
   Signature of authorized representative of debtor      Printed name

Title   **Manager and Restructuring Officer**_____

**18. Signature of attorney**

X   _____   Date   December 1,
   Signature of attorney for debtor          ~~November 17,~~ 2021
                        MM / DD / YYYY

   _____
   Printed name

   **Goldberg Weprin Finkel Goldstein LLP**_____
   Firm name

   **1501 Broadway 22nd Floor
   New York, NY 10036**_____
   Number, Street, City, State & ZIP Code

   Contact phone   **(212) 221-5700**_____   Email address   _____

   _____
   Bar number and State

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                        Chapter 11

Quincy Bedford I LLC,                                         Case No.
55 Pulaski Realty LLC,                                        Case No.

                                    Debtors.
------------------------------------------------------------x

## CONSOLIDATED DECLARATION
## PURSUANT TO THE LOCAL BANKRUPTCY RULES

David Goldwasser declares the following under penalties of perjury pursuant to
28 U.S.C. § 1746:

1.      My firm (FIA Capital Partners LLC) and I have been engaged by Quincy
Bedford I LLC and 55 Pulaski Realty LLC (collectively, the "Debtors") to act as the Debtors'
restructuring officer for purposes of prosecuting these Chapter 11 cases.

2.      I specialize in business restructuring, bankruptcy, and litigation planning,
including Chapter 11 reorganization, bankruptcy claims, tax liens, and rescue capital for
distressed commercial real estate.  I have over 20 years of litigation and crisis management
experience and have appeared on behalf of debtors in over forty bankruptcy cases in the
Southern and Eastern Districts of New York.

3.      I respectfully submit this Consolidated Declaration in accordance with the
Local Bankruptcy Rule 1007-4 in support of the Debtors' respective voluntary petitions for relief
under Chapter 11 of Title 11 of the United States Code.  I anticipate that the Chapter 11 cases
will be jointly administered.  Thus, I am submitting a Consolidated Declaration for both cases,
which involve certain common creditors and a spreader mortgage currently held by Hart and
Pulaski Street Lender LLC, as successor to Customers Bank.

**Events Necessitating the Chapter 11 Filing**

4.      The respective Debtors are the owners of neighboring residential multi-family walk-up buildings located at 22 Hart Street, Brooklyn, NY and 55 Pulaski Street, both in Brooklyn, NY (collectively, the "Properties").  The Hart Street property is owned by Quincy Bedford I LLC and consists of a two-story building with four residential units.  The Pulaski Street property is owned by 55 Pulaski Realty LLC and consists of a three-story building with three residential units.  The respective properties are subject to a spreader mortgage in the principal sum of $2,187,300 (the "Mortgage") which was originally issued by Customers Bank, and later assigned to Hart and Pulaski Street Lender LLC (the "Current Lender").

5.      The spreader mortgage was first issued in 2014, and was consistently paid on time by the Debtor through the maturity date and for a period thereafter.  Indeed, by the time the debt matured in April 2019, principal had been paid down to $1,965,788.19.

6.      Customers Bank commenced a foreclosure action in the Supreme Court on April 25, 2019 against both Debtors, and quickly sold the mortgage to the Current Lender (Hart and Pulaski Street Lender LLC) in May 2019.  The Current Lender is an affiliate of a notorious predatory private lender known as Maverick Real Estate Partners ("Maverick").  Maverick regularly buys mortgages invoking questionable defaults (many times retroactively) with the goal of capitalizing on default interest rates.

7.      While the Debtors' principal indebtedness here is relatively manageable, the Current Lender was less than prompt or diligent in proceeding with the foreclosure action, knowing that a Receiver was in place, and default interest was running.  Indeed, there was no meaningful activity in the foreclosure even though there were questions whether the Debtors were ever actually served.  On October 14, 2021, the State Court refused to enter a default

2

judgment against the Debtors, which were granted leave to defend the action and contest the computation of principal, interest and other fees.    As a consequence, there are no *Rooker/Feldman* implications in bankruptcy relating to the allowed amount of the Current Lender's claim.

8.    Given the delays in the State Court system, it will take months, if not years, for the foreclosure process to conclude.    In the interim, the Current Lender potentially stands to accrue hundreds of thousands of dollars in default interest and erode any residual equity in the Property.    Chapter 11 relief is being sought to obtain a prompt determination of the Current Lender's allowed claim and to challenge default interest based upon purposeful delay. Once the allowed claim is fixed, the Debtor intends to proceeds to refinance the Property.

### Local Rule 1007-4 Disclosures

9.    Pursuant to Local Rule 1007-4 (a)(v), no committee of creditors was formed prior to the filing of the respective Petitions.

10.    Pursuant to Local Rule 1007-2(a)(vi), a list of the respective Debtors' twenty largest creditors is included as part of the Debtors' bankruptcy schedules.

11.    Pursuant to Local Rule 1007-2(a)(vii), the Property is subject to a spreader mortgage as identified above.

12.    Pursuant to Local Rule 1007-2(a)(viii), the Debtors' respective assets and liabilities are set forth in the bankruptcy schedules and are comprised principally of the Property.

13.    Pursuant to Local Rule 1007-2(a)(ix), the membership interests of each of the Debtors are held by Leizer Klar.

14.    Pursuant to Local Rule 1007-2(a)(x), a Receiver, Gregory M. LaSpina was appointed with respect to the Property by Order dated July 17, 2019 in connection with the

Foreclosure Action. Mr. LaSpina has collected rents and paid expenses thereafter. Once the Debtors obtain a current rent roll and a report of transactions from the Receiver, they will each update their schedules and statements accordingly.

15. Pursuant to Local Rule 1007-2(a)(xi), each of the separate properties has a fair market value of approximately $1.9 million, for a total of $3.8 million.

16. Pursuant to Local Rule 1007-2(a)(xii), for the past two years, the Debtors' books and records of operations have been maintained by the Receiver. All other books and records of the Debtors are located at their business office in Brooklyn.

17. Pursuant to Local Rule 1007-2(a)(xiii), the Debtors are subject to the pending foreclosure action instituted by the Lender in the Supreme Court, Kings County.

18. Pursuant to Local Rule 1007-2(a)(xiv), I am the current Manager and restructuring officer both of the Debtors.

Dated: New York, New York
     November 19, 2021

 

_____
David Goldwasser, Manager &
Restructuring Officer

DocuSign Envelope ID: 19F87E3B-24A1-4058-8792-73D13E5864FA

## QUINCY BEDFORD I LLC

### COMPANY RESOLUTION IN SUPPORT OF CHAPTER 11 FILING

WHEREAS, the business and legal affairs of Quincy Bedford I LLC (the "Company") are governed by a certain Operating Agreement (the "Operating Agreement"); and

WHEREAS, in accordance with the Operating Agreement, a special meeting of the Company having been called and convened on November 17, 2021, and upon motion duly made and carried, the following resolutions were adopted:

RESOLVED, that FIA Capital Partners LLC by David Goldwasser is confirmed as the manager and restructuring officer of the Company for purposes of filing and prosecuting the Chapter 11 case on behalf of the Company;

RESOLVED, the Company is authorized to file a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Eastern District of New York; and it is further

RESOLVED, David Goldwasser is authorized to act on behalf of the Company to (a) execute the Chapter 11 petition and all other related papers, and other documents, and cause the same to be filed with the Bankruptcy Court; (b) cause the Company to file all schedules, statements, lists, motions, applications and other papers necessary or desirable to prosecute the Chapter 11 case and achieve confirmation of a plan of reorganization; and (c) pursue a restructuring of the Company's debts and obligations; and it is further

RESOLVED, that the Company is authorized to retain the law firm of Goldberg Weprin Finkel Goldstein LLP as counsel in the Chapter 11 case under a general retainer.

Dated:    New York, New York
          November 30, 2021

                        Quincy Bedford I LLC
                        By:    FIA Capital Partners LLC, Manager

                        By:    _____
                               David Goldwasser
                               Authorized Signatory

          _____
          Leizer Klar, Member

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                          Chapter 11

Quincy Bedford I LLC,                           Case No.

                          Debtor.
-------------------------------------------------------------x


## LIST OF EQUITY HOLDERS


Leizer Klar  100%



Dated: New York, New York
       November __, 2021


                        Qunicy Bedford I LLC

                        By:    FIA Capital Partners LLC

                        By:    _____
                               David Goldwasser
                               Manager and Restructuring Officer

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

In re:                                                                    Chapter 11

Quincy Bedford I LLC,                                          Case No.

                                            Debtor.
--------------------------------------------------------------x

### BANKRUPTCY RULE 7007.1 CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rule 7007.1, Quincy Bedford I LLC certifies that it is a

private non-governmental party, and has no corporate parent, affiliates and/or subsidiaries which

are publicly held.

Dated: New York, New York
          November ___, 2021

                                        Quincy Bedford I LLC

                                        By:     FIA Capital Partners LLC

                                        By:     _____
                                                David Goldwasser
                                                Manager and Restructuring Officer

Fill in this information to identify the case

Debtor name   Quincy Bedford I LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AB Plumbing Inc. 6010 New Utrecht Ave Brooklyn, NY 11219-5076 | | | | | | $750.00 |
| All Best Management Inc. 670 Myrtle Ave # 202 Brooklyn, NY 11205-3923 | | | | | | $113,500.00 |
| Bagad Realty LLC 694 Myrtle Ave # 176 Brooklyn, NY 11205-3916 | | | | | | $32,000.00 |
| Bl Berk Insurance PO Box 113247 Stamford, CT 06911-3247 | | | | | | $1,376.68 |
| Con Edison Jaf Station, PO Box 1702 New York, NY 10116-1702 | | | | | | $1,200.39 |
| ECB Violations NYC Office of Administrative Trials 66 John St New York, NY 10038-3735 | | | Disputed | | | $75,738.98 |
| Greencros Inc. 130 Lee Ave # 330 Brooklyn, NY 11211-8031 | | | | | | $94,000.00 |

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor    Quincy Bedford I LLC
          _____          Case number (if known) _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hart and Pulaski Street Lender LLC Jaspan Schlesinger LLP 300 Garden City Plz Garden City, NY 11530-3302 | | Mortgage loan | Unliquidated Disputed | $2,162,612.00 | $1,900,000.00 | $262,612.00 |
| Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346 | | Taxes | Unliquidated Disputed | | | $0.00 |
| National Grid PO Box 371416 Pittsburgh, PA 15250-7416 | | | | | | $831.42 |
| NYC Dept. of Finance 345 Adams St Fl 3 Brooklyn, NY 11201-3719 | | Taxes | Unliquidated | | | $0.00 |
| NYS Dep't of Taxation Bankruptcy/Special Procedure PO Box 5300 Albany, NY 12205-0300 | | Taxes | Disputed | | | $20,282.18 |
| Star Maintenance Inc. 320 Roebling St # 332 Brooklyn, NY 11211-6262 | | | | | | $38,000.00 |

Fill in this information to identify the case:

Debtor name    **Quincy Bedford I LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 17, 2021**       X _____
                                          Signature of individual signing on behalf of debtor

                                          **FIA Capital Partners by David Goldwasser**
                                          Printed name

                                          **Manager and Restructuring Officer**
                                          Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    **Quincy Bedford I LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

   ■ No.  Go to Part 2.
   ☐ Yes Fill in the information below.
   All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

**Part 2:        Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:        Accounts receivable**

**10. Does the debtor have any accounts receivable?**

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:        Investments**

**13. Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:        Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:        Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor    Quincy Bedford I LLC                                    Case number *(If known)* _____
          Name

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☒ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:    Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☒ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:    Real property**

54. Does the debtor own or lease any real property?

☐ No.  Go to Part 10.
☒ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  22 Hart St, Brooklyn, NY 11206-7909 | Fee Simple | $1,900,000.00 | | $1,900,000.00 |

56.    **Total of Part 9.**                                                                                    | $1,900,000.00 |
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ☒ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

---

**Part 10:    Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

☒ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

**Part 11:    All other assets**

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.  Go to Part 12.
☐ Yes Fill in the information below.

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor    __Quincy Bedford I LLC_____    Case number *(if known)* _____
                  Name

Debtor    <u>Quincy Bedford I LLC</u>                    Case number *(if known)* _____
          Name

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*............................................................> | | $1,900,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total. Add lines 80 through 90 for each column** | $0.00 | + 91b. $1,900,000.00 |
| 92. **Total of all property on Schedule A/B. Add lines 91a+91b=92** | | $1,900,000.00 |

| Fill in this information to identify the case: |

Debtor name    **Quincy Bedford I LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Hart and Pulaski Street Lender LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**22 Hart St, Brooklyn, NY 11206-7909** | $2,162,612.00 | $1,900,000.00 |

**Jaspan Schlesinger LLP**
**300 Garden City Plz**
**Garden City, NY**
**11530-3302**
Creditor's mailing address

Describe the lien
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$2,162,612.00

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Gregory M. Laspina**<br>**Borchert & LaSpina**<br>**1902 Whitestone Expy Ste 302**<br>**Whitestone, NY 11357-3099** | Line  **2.1** | |

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor    <u>Quincy Bedford I LLC</u>                                    Case number (if known) _____
              Name

Gregory M. Laspina
c/o Adam Kalish, Esq.                                    Line  <u>2.1</u>
182 26th St # A 2R
Brooklyn, NY 11232-1411

---

Software Copyright (c) 2021 CINGroup - www.cincompass.com

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

Debtor name   __Quincy Bedford I LLC__

United States Bankruptcy Court for the:   __EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION__

Case number (if known)   _____

</td><td>

☐ Check if this is an
amended filing

</td></tr>
</table>

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**2.1**
Priority creditor's name and mailing address
**Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

Total claim   **$0.00**    Priority amount   **$0.00**

**2.2**
Priority creditor's name and mailing address
**NYC Dept. of Finance**

**345 Adams St Fl 3
Brooklyn, NY 11201-3719**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

Total claim   **$0.00**    Priority amount   **$0.00**

| Debtor | **Quincy Bedford I LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,282.18 | $0.00 |
|---|---|---|---|---|

NYS Dep't of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205-0300

Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☒ No
☐ Yes

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $750.00 |
|---|---|---|---|

**AB Plumbing Inc.**

6010 New Utrecht Ave
Brooklyn, NY 11219-5076

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113,500.00 |
|---|---|---|---|

**All Best Management Inc.**

670 Myrtle Ave # 202
Brooklyn, NY 11205-3923

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $32,000.00 |
|---|---|---|---|

**Bagad Realty LLC**

694 Myrtle Ave # 176
Brooklyn, NY 11205-3916

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,376.68 |
|---|---|---|---|

**Bl Berk Insurance**

PO Box 113247
Stamford, CT 06911-3247

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.39 |
|---|---|---|---|

**Con Edison**
Jaf Station,
PO Box 1702
New York, NY 10116-1702

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Quincy Bedford I LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,738.98 |
|---|---|---|---|
| | **ECB Violations** <br> **NYC Office of Administrative Trials** <br> **66 John St** <br> **New York, NY 10038-3735** | ☐ Contingent <br> ☐ Unliquidated <br> ☒ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94,000.00 |
|---|---|---|---|
| | **Greencros Inc.** <br><br> **130 Lee Ave # 330** <br> **Brooklyn, NY 11211-8031** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $831.42 |
|---|---|---|---|
| | **National Grid** <br><br> **PO Box 371416** <br> **Pittsburgh, PA 15250-7416** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,000.00 |
|---|---|---|---|
| | **Star Maintenance Inc.** <br><br> **320 Roebling St # 332** <br> **Brooklyn, NY 11211-6262** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **NY State Attorney General** <br> **28 Liberty St** <br> **New York, NY 10005-1400** | Line  2.3 <br><br> ☐ Not listed. Explain ____ | __ |
| 4.2 | **NYC Dept of Law** <br> **Attn: Bernadette Brennan, Esq.** <br> **100 Church St Rm 5-233** <br> **New York, NY 10007-2601** | Line  2.2 <br><br> ☐ Not listed. Explain ____ | __ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 20,282.18 |
| 5b. Total claims from Part 2 | 5b. + $ | 357,397.47 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. $ | 377,679.65 |

Fill in this information to identify the case:

Debtor name    **Quincy Bedford I LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
       ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
       ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official
       Form 206A/B).

   2. List all contracts and unexpired leases                    State the name and mailing address for all other parties with
                                                                   whom the debtor has an executory contract or unexpired
                                                                   lease

2.1.    State what the contract or        **All leases have been**
        lease is for and the nature of    **managed by Receiver.**
        the debtor's interest             **Information will be**
                                          **supplemented after**
                                          **recovery of books from**
                                          **Receiver.**

        State the term remaining

        List the contract number of                              .
        any government contract      _____    _____

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Fill in this information to identify the case:

Debtor name   **Quincy Bedford I LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

  **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

  **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

    *Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply |
|---|---|---|---|---|
| 2.1 | **55 Pulaski Realty LLC** | | **Hart and Pulaski Street Lender LLC** | ☒ D  **2.1**___ <br> ☐ E/F _____ <br> ☐ G _____ |

Fill in this information to identify the case:

Debtor name    **Quincy Bedford I LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:    Summary of Assets

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*......................................................................    $        1,900,000.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................    $        0.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................    $        1,900,000.00

### Part 2:    Summary of Liabilities

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................    $        2,162,612.00

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................    $        20,282.18

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................    +$        357,397.47

4.    **Total liabilities** .........................................................................................
    Lines 2 + 3a + 3b    $        2,540,291.65

Software Copyright (c) 2021 CINGroup - www.cincompass.com

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Quincy Bedford I LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

**1.  Gross revenue from business**

☒ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and<br>exclusions) |
|---|---|---|

**2.  Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from<br>each source<br>(before deductions and<br>exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5.  Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor    Quincy Bedford I LLC _____    Case number *(if known)* _____

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Customer Bank v. Quincy Bedford I LLC et al.<br>509175/2019 | Foreclosure | Supreme Court Kings County<br>360 Adams St<br>Brooklyn, NY 11201-3707 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| Gregory M. Laspina<br>1902 Whitestone Expy Ste 302<br>Whitestone, NY 11357-3099 | Two story walk up with four residential apartment units | $1,900,000.00 |
| | Case title<br>Customer Bank v. Quincy Bedford I LLC et al | Court name and address<br>Court<br>Supreme Court, Kings County<br>360 Adams S |
| | Case number<br>509175/2019 | |
| | Date of order or assignment<br>July 17, 2019 | |

**Part 4:    Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

Debtor    __Quincy Bedford I LLC_____    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

## Part 6: Certain Payments or Transfers

### 11. Payments related to bankruptcy
List any payments or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Goldberg Weprin Finkel Goldstein LLP 1501 Broadway 22nd Floor New York, NY 10036** | | | **$20,000.00** |

Email or website address

_____

Who made the payment, if not debtor?

_____

### 12. Self-settled trusts of which the debtor is a beneficiary
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

### 13. Transfers not already listed on this statement
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

### 14. Previous addresses
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

### 15. Health Care bankruptcies
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

Debtor    Quincy Bedford I LLC _____    Case number *(if known)* _____

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12:    Details About Environment Information

Software Copynght (c) 2021 CINGroup - www.cincompass.com

Debtor    Quincy Bedford I LLC _____    Case number (if known) _____

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Gregory M. Laspina**<br>**1902 Whitestone Expy Ste 302**<br>**Whitestone, NY 11357-3099** | **Since 7/17/2019** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

Debtor    Quincy Bedford I LLC _____    Case number *(if known)* _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Gregory M. Laspina<br>.            1902 Whitestone Expy Ste 302<br>            Whitestone, NY 11357-3099 | |
| 26c.2.   Leizer Klar<br>            670 Myrtle Ave Ste 204<br>            Brooklyn, NY 11205-3923 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

Name and address

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Leizer Klar | 670 Myrtle Ave Ste 204<br>Brooklyn, NY 11205-3923 | Member | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    Quincy Bedford I LLC                                          Case number *(if known)* _____

---

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

Name of the pension fund                                          Employer Identification number of the parent
                                                                  corporation

---

**Part 14:    Signature and Declaration**

      **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

      I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 17, 2021**

_____                       **FIA Capital Partners by David Goldwasser**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **Manager and Restructuring Officer**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☒ No
☐ Yes

---

**United States Bankruptcy Court**
**Eastern District of New York, Brooklyn Division**

IN RE:                                                        Case No. _____

Quincy Bedford I LLC _____    Chapter 11 _____
                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and
correct to the best of their knowledge.

Date: **November 17, 2021** _____    _____
                                                        Debtor

                                                        _____
                                                        Joint Debtor

                                                        _____
                                                        Attorney for Debtor

Software Copyright (c) 2021 CINGroup - www.cincompass.com

AB Plumbing Inc.
6010 New Utrecht Ave
Brooklyn, NY   11219-5076


All Best Management Inc.
670 Myrtle Ave # 202
Brooklyn, NY   11205-3923


Bagad Realty LLC
694 Myrtle Ave # 176
Brooklyn, NY   11205-3916


BI Berk Insurance
PO Box 113247
Stamford, CT   06911-3247


Con Edison
Jaf Station,
PO Box 1702
New York, NY   10116-1702


ECB Violations
NYC Office of Administrative Trials
66 John St
New York, NY   10038-3735


Greencros Inc.
130 Lee Ave # 330
Brooklyn, NY   11211-8031

Gregory M. Laspina
Borchert & LaSpina
1902 Whitestone Expy Ste 302
Whitestone, NY  11357-3099


Gregory M. Laspina
c/o Adam Kalish, Esq.
182 26th St # A 2R
Brooklyn, NY  11232-1411


Hart and Pulaski Street Lender LLC
Jaspan Schlesinger LLP
300 Garden City Plz
Garden City, NY  11530-3302


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA  19101-7346


Leizer Klar
473 Willoughby Ave
Brooklyn, NY  11206-6411


National Grid
PO Box 371416
Pittsburgh, PA  15250-7416

NY State Attorney General
28 Liberty St
New York, NY  10005-1400


NYC Dept of Law
Attn: Bernadette Brennan, Esq.
100 Church St Rm 5-233
New York, NY  10007-2601


NYC Dept. of Finance
345 Adams St Fl 3
Brooklyn, NY  11201-3719


NYS Dep't of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY  12205-0300


Star Maintenance Inc.
320 Roebling St # 332
Brooklyn, NY  11211-6262